UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>COOK COUNTY COURT,<br><br>    Defendant. | Case No. 19-cv-00843-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a patient at a mental health facility in Illinois, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint is incomprehensible, and he presents no distinct claims. The Court notes that plaintiff has filed a dozen similar cases in the last month. Plaintiff's allegations are frivolous and fail to state a claim under 42 U.S.C. § 1983. Because no amount of amendment would cure the deficiencies of the complaint, this action is dismissed without leave to amend. Plaintiff's claims regarding a sexual assault he suffered in 2010 because of information he was providing to President Obama, must be filed in the appropriate district in Illinois.

For the foregoing reasons, the other claims in the complaint are **DISMISSED** with prejudice as frivolous and for failure to state a claim. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: March 22, 2019

JAMES DONATO
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ERIC MEYER,
    Plaintiff,

v.

COOK COUNTY COURT,
    Defendant.

Case No. 19-cv-00843-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: March 22, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO